ORIGINAL

FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0350

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0350

RACHELL RENE FLORES,

Petitioner,

v.

JUDGE LOREN TUCKER, and BRADLEY
BRAGG, LEWIS & CLARK COUNTY
DETENTION CENTER,

Respondents.

FILED

JUN 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Rachell Rene Flores has filed a Petition for Writ of Habeas Corpus, challenging a ten-year suspended sentence for felony issuing a bad check, issued in the Fifth Judicial District Court, Jefferson County. Citing to Montana statutes, she contends that this sentence is mutually dependent with her conviction and sentence in Lewis and Clark County District Court and that the sentences should have been run concurrently and not consecutively. *See* §§ 45-6-316(3), 46-18-201, and 46-18-401, MCA.

Available electronic records indicate that the Jefferson County District Court accepted Flores's guilty plea to felony issuing a bad check, committed in 2012. The District Court sentenced Flores to the Department of Corrections for a suspended ten-year term on September 11, 2013. Flores did not appeal.

Flores's claims and arguments come too late to this Court. The time to object to the conviction and sentence was in the District Court. By not appealing her conviction and sentence, Flores has exhausted the remedy of appeal and cannot collaterally attack her conviction now. Section 46-22-101(2), MCA. Flores's claim that the sentences should have run concurrently would fail in any event. "Separate sentences for two or more offenses must run consecutively unless the court otherwise orders." Section 46-18-401(4), MCA (2011). Flores is not entitled to habeas corpus relief.

We observe that Flores has counsel to represent her in the appeal of her sentence upon revocation from the Lewis and Clark County District Court. *State v. Flores*, No. DA 24-0212, Notice of Appeal filed April 3, 2024. In a May 10, 2024 Order, we cautioned Flores to refrain from filing pleadings on her own behalf while she is represented by counsel on appeal. *State v. Flores*, No. DA 24-0212, Order denying motion for removal of counsel (Mont. May 10, 2024). We further observe that Flores has filed two writs on her own behalf since May 10, 2024, with this Court. Therefore,

IT IS ORDERED that Flores's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that Flores is PROHIBITED from filing any pleadings on her own behalf during the pendency of her appeal in this Court, and the Clerk of the Supreme Court is DIRECTED to return any pleading, such as a writ for extraordinary relief or supplemental affidavit, to Flores, without filing the pleading. The only exception to this prohibition is if this Court orders Flores to file a pleading on her own behalf in her pending appeal, *State v. Flores*, No. DA 24-0212.

The Clerk is also directed to provide a copy of this Order to counsel of record; Chad M. Wright, Appellate Defender Division; to Bradley Bragg, LCCDC, and to Rachell Rene Flores personally.

DATED this 11 day of June, 2024.

_____
Chief Justice

_____

_____

_____
Justices

2